IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS JORDANO HERRERA RUIZ (1)<br>ABEL VALDES (2)<br>YORDANESZ SANCHEZ (3) | No. 5-23CR-087-H |

## INDICTMENT

The Grand Jury Charges:

Count One
Use of an Unauthorized Access Device
(Violation of 18 U.S.C. §§ 1029(a)(2), 1029(c)(1)(A)(i))

From on or about August 3, 2022, to on or about August 3, 2023, in the Lubbock and Amarillo Divisions of the Northern District of Texas, and elsewhere, **Carlos Jordano Herrera Ruiz**, **Abel Valdes**, and **Yordanesz Sanchez**, defendants, knowingly and with intent to defraud, used one or more unauthorized access devices, as defined in Title 18, United States Code, Section 1029(e)(1), during the one-year period beginning on or about August 3, 2022, and ending on or about August 3, 2023, to obtain anything of value aggregating $1,000 or more, this conduct affecting interstate and foreign commerce.

In violation of Title 18, United States Code Sections 1029(a)(2), 1029(c)(1)(A)(i), and 2.

**Carlos Jordano Herrera Ruiz, et. al.**
**Indictment – Page 1**

<u>Forfeiture Notice</u>
(18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2)(B),
and 28 U.S.C. § 2461(c))

Upon conviction of any of the offenses set forth in this indictment, the defendants, **Carlos Jordano Herrera Ruiz**, **Abel Valdes**, and **Yordanesz Sanchez**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. 982(a)(2)(B) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

If any of the property described above, as a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2)(B), and 28 U.S.C. § 2461(c).

A TRUE BILL:

_____
FOREPERSON


LEIGHA SIMONTON
UNITED STATES ATTORNEY


_____
CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806.472.7351
Facsimile:    806.472.7394
E-mail:        callie.woolam@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

CARLOS JORDANO HERRERA RUIZ (01)
ABEL VALDES (02)
YORDANESZ SANCHEZ (03)

INDICTMENT

COUNT 1: USE OF AN UNAUTHORIZED ACCESS DEVICE
Title 18, United States Code, Sections 1029(a)(2), 1029(c)(1)(A)(i).

(1 COUNT + FORFEITURE)

A true bill rendered:
Lubbock                                        _____ Foreperson

Filed in open court this 9th day of August, A.D. 2023.
ARREST WARRANT TO ISSUE FOR EACH DEFENDANT.
Complaint No. 5:23-MJ-073-BQ filed on August 4, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

**Carlos Jordano Herrera Ruiz, et. al.**
**Indictment – Page 4**